UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**TAU TECHNOLOGIES** a New Mexico
Limited Liability Company,

    Plaintiff,

v.                                    **CASE NO. <u>1:24-cv-00048-DLM-KRS</u>**

**KNIGHT SCIENTIFIC SYSTEMS LLC**, a
New Mexico Limited Liability Company;
**ROBERT J. RITTER**, an Individual; **JOHN J.
KELLY**, an Individual; **WILLIAM CULVER**,
an Individual; **ALAN ANDREWS**, an
Individual; **PHILIP SOLTERO**, an Individual.

    Defendants.

## ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

THIS MATTER is before the Court upon Defendants' unopposed motion for extension of time to respond to Plaintiff's Complaint up to and including March 7, 2024. Good cause having been shown for the requested extension and the Court noting that the motion is unopposed, the motion is hereby GRANTED.

IT IS THEREFORE ORDERED that all Defendants shall respond to the Complaint by no later than March 7, 2024.

                                                       _/s/ Kevin Sweazea_
                                                       **HONORABLE KEVIN R. SWEAZEA**
                                                       **U.S. MAGISTRATE JUDGE**

Submitted by:

**MOODY & STANFORD, P.C.**

By: _/s/ Christopher M. Moody 2024.02.21_
       Christopher M. Moody
Repps D. Stanford
P.O. Box 91853
Albuquerque, NM 87199

(505) 944-0033
(505) 944-0034
moody@nmlaborlaw.com
stanford@nmlaborlaw.com
*Attorneys for Defendants*


Approved by:

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
Nicole G. True
201 East Washington Street, Ste. 1200
Phoenix, AZ 85004
Tel: 602-262-5311
ntrue@lewisroca.com

By: */s/ John Bragonje via email 2024.02.20*
John Bragonje
Meng Zhong
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169
Tel: 702-949-8224
Fax: 702-949-8363
jbragonje@lewisroca.com
mzhong@lewisroca.com

*Attorneys for Plaintiffs*