# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| TAU TECHNOLOGIES LLC, a New Mexico limited liability company,<br><br>　　　Plaintiff,<br><br>v.<br><br>KNIGHT SCIENTIFIC SYSTEMS LLC, a New Mexico limited liability company; ROBERT J. RITTER, an individual; JOHN J. KELLY, an individual; WILLIAM CULVER, an individual; ALAN ANDREWS, an individual; and PHILIP SOLTERO, an individual,<br><br>　　　Defendants. | **Case No.: 1:24-cv-00048-DLM-KRS**<br><br><br>**ORDER EXTENDING TIME TO ANSWER COUNTERCLAIMS AND RESPOND TO MOTION TO COMPEL ARBITRATION [ECF NOS. 21, 22]** |
| Robert J. Ritter, John J. Kelly, William Culver, Alan Andrews, and Philip Soltero,<br><br>　　　Counterclaimants,<br><br>v.<br><br>Tau Technologies LLC,<br><br>　　　Counter-defendant. | |
| Robert J. Ritter, John J. Kelly, William Culver, Alan Andrews, and Philip Soltero,<br><br>　　　Cross-claimants,<br><br>v.<br><br>John Klosterman,<br><br>　　　Cross-defendant. | |

　　　This matter is before the Court upon Plaintiff/Counter-defendant Tau Technologies, LLC and Cross-defendant John Klosterman's unopposed motion for extension to file answer to

1

124133527.1

counterclaims and respond to motion to compel arbitration up to and including **March 29, 2024**. Good cause having been shown for the requested extension and the Court noting that the motion is unopposed, the motion is hereby GRANTED.

    IT IS THEREFORE ORDERED that Plaintiff/Counter-defendant Tau Technologies, LLC and Cross-defendant John Klosterman shall respond to the counterclaims and motion to compel arbitration by no later than March 29, 2024.

                                    */s/ Kevin Sweazea*
                                  HONORABLE KEVIN R. SWEAZEA
                                  U.S. MAGISTRATE JUDGE

Submitted by:

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ Meng Zhong
NICOLE G. TRUE (152093)
201 East Washington Street, Suite 1200
Phoenix, AZ 85004
Tel: 602.262.5311
ntrue@lewisroca.com

JOHN BRAGONJE
MENG ZHONG
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: 702-949-8224
jbragonje@lewisroca.com
mzhong@lewisroca.com

*Attorneys for Plaintiff/Counter-Defendant*
*Tau Technologies LLC and Cross-Defendant John Klosterman*

Approved by:

By: /s/ Chris M. Moody via email 2024.03.14
Christopher M. Moody
Repps D. Standford
MOODY & STANDFORD, P.C.
P.O. Box 91853
Albuquerque, NM 87199
E-mail: moody@nmlaborlaw.com
E-mail: standford@nmlaborlaw.com

*Attorneys for Defendants/Counterclaimants/Cross-Claimants*