UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| TAU TECHNOLOGIES LLC, a New Mexico limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>KNIGHT SCIENTIFIC SYSTEMS LLC, a New Mexico limited liability company; ROBERT J. RITTER, an individual; JOHN J. KELLY, an individual; WILLIAM CULVER, an individual; ALAN ANDREWS, an individual; and PHILIP SOLTERO, an individual,<br><br>    Defendants. | **Case No.: 1:24-cv-00048-MLG-KRS** |
| ROBERT J. RITTER, JOHN J. KELLY, WILLIAM CULVER, ALAN ANDREWS, and PHILIP SOLTERO,<br><br>    Counterclaimants,<br><br>v.<br><br>TAU TECHNOLOGIES LLC, and JOHN KLOSTERMAN<br><br>    Counter-defendants. | |

**ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL**

Before the Court is Tau Technologies LLC And John Klosterman's Unopposed Motion For Leave To File Under Seal Exhibits 1 And 3 To Plaintiffs' Opposition To Defendants/Counterclaimants' Motion To Enforce Settlement Agreement ("Motion to Seal") (Doc. 67). The Court having reviewed the motion and finding that good cause has been established to file Exhibits 1 and 3 under seal,

**NOW, THEREFORE,** the Motion to Seal is hereby **GRANTED**.

IT IS SO ORDERED this 16th day of September, 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

**SUBMITTED:**

**WOMBLE BOND DICKINSON (US) LLP:**

By: /s/ Meng Zhong
John E. Bragonje
Meng Zhong
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169
Tel: 702-949-8224
john.bragonje@wbd-us.com
meng.zhong@wbd-us.com
*ATTORNEYS FOR PLAINTIFF*

**APPROVED:**

**MOODY & STANFORD, P.C.**

By: /s/ Christopher M. Moody
Christopher M. Moody
Repps D. Standford
P.O. Box 91853
Albuquerque, NM 87199
(505) 944-0033
(505) 944-0034
moody@nmlaborlaw.com
stanford@nmlaborlaw.com
*ATTORNEYS FOR DEFENDANTS*